

# Fourth Court of Appeals
## San Antonio, Texas

September 18, 2015

No. 04-15-00530-CR

Abelardo Gerardo Gonzalez,
Appellant

v.

The State of Texas,
Appellee

From the 111th Judicial District Court, Webb County, Texas
Trial Court No. 2008CRR000662-D1
Honorable David Peeples, Judge Presiding

## O R D E R

Appellant Abelardo Gerardo Gonzalez's notice of appeal, which was filed August 10, 2015, states he is appealing the denial of his motion to recuse in cause numbers 2008-CRR-657, 2008-CRR-662, and 2008-CRR-665. The clerk's record has been filed. Our review of the record raises a question regarding our jurisdiction over the appeal.

"Jurisdiction must be expressly given to the courts of appeals in a statute." *Ragston v. State*, 424 S.W.3d 49, 52 (Tex. Crim. App. 2014). "[T]he standard for determining jurisdiction is not whether the appeal is precluded by law, but whether the appeal is authorized by law." *Abbott v. State*, 271 S.W.3d 694, 696-97 (Tex. Crim. App. 2008). "This extends to interlocutory appeals as well, of which this Court has said: 'The courts of appeals do not have jurisdiction to review interlocutory orders unless that jurisdiction has been expressly granted by law.'" *Ragston*, 424 S.W.3d at 52 (quoting *Apolinar v. State*, 820 S.W.2d 792, 794 (Tex. Crim. App. 1991)).

We therefore **order** appellant to file, by October 12, 2015, a response showing why this appeal should not be dismissed for want of jurisdiction. If appellant fails to satisfactorily respond within the time provided, the appeal will be dismissed. *See* TEX. R. APP. P. 42.3(c). If a supplemental clerk's record is required to show this court's jurisdiction, appellant must request the trial court clerk to prepare one and must file a copy of the request with this court.

All deadlines in this matter are suspended until further order of the court.

_____
Luz Elena D. Chapa, Justice

       IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of September, 2015.



_____
Keith E. Hottle
Clerk of Court